**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 01-6382**

─────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

NEWTON COCKERILL,

Defendant - Appellant.

─────────────

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Dennis W. Shedd, District Judge.
(CR-98-524-DWS, CA-00-2914-3)

─────────────

Submitted:  May 17, 2001               Decided:  May 29, 2001

─────────────

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Newton Cockerill, Appellant Pro Se.  Jane Barrett Taylor, OFFICE OF
THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Newton Cockerill seeks to appeal the district court's order denying his Fed. R. Civ. P. 59(e) motion to alter or amend the court's judgment denying relief on his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Cockerill's motion to stay the briefing schedule, deny a certificate of appealability, and dismiss the appeal on the reasoning of the district court. See United States v. Cockerill, Nos. CR-98-524-DWS; CA-00-2914-3 (D.S.C. Feb. 9 & 12, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2